**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Douglas A Greenwood<br>    Melinda M Greenwood<br>            Debtor(s) | Case No. 12 B 03729 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/02/2012.

2) The plan was confirmed on 06/25/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Completed on 03/07/2017.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $262,985.89.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $124,941.52 |
| Less amount refunded to debtor | $2,815.16 |

**NET RECEIPTS:** $122,126.36

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,866.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,679.16 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $8,545.16

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advantage Assets, Inc | Unsecured | 2,041.00 | 2,041.08 | 2,041.08 | 750.24 | 0.00 |
| Advantage Cash | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Aes/Brazos/Us Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Express | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Express | Unsecured | 8,922.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 1,619.01 | 1,619.01 | 1,619.01 | 595.10 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 5,953.13 | 5,953.13 | 5,953.13 | 2,188.19 | 0.00 |
| Asset Acceptance | Unsecured | 2,406.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 2,488.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 7,921.00 | 7,921.12 | 7,921.12 | 2,911.57 | 0.00 |
| Becket & Lee | Unsecured | 671.14 | 671.14 | 671.14 | 246.69 | 0.00 |
| CACH LLC | Unsecured | 2,558.00 | NA | NA | 0.00 | 0.00 |
| Candica LLC | Unsecured | 23,169.96 | 6,140.36 | 6,140.36 | 2,257.01 | 0.00 |
| Candica LLC | Unsecured | NA | 22,034.90 | 22,034.90 | 8,099.37 | 0.00 |
| Capital One | Unsecured | 1,446.41 | 1,446.41 | 1,446.41 | 531.66 | 0.00 |
| Capital One | Unsecured | 922.29 | 922.29 | 922.29 | 339.01 | 0.00 |
| Capital One Bank | Unsecured | 1,957.76 | 1,957.76 | 1,957.76 | 719.61 | 0.00 |
| Capital One Bank | Unsecured | 2,157.24 | 2,157.24 | 2,157.24 | 792.94 | 0.00 |
| Capital One Bank | Unsecured | 4,650.92 | 4,650.92 | 4,650.92 | 1,709.54 | 0.00 |
| Capital One Card Center | Unsecured | 3,461.57 | NA | NA | 0.00 | 0.00 |
| Cash Direct Inc | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Cashjar.Com | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 3,861.00 | NA | NA | 0.00 | 0.00 |
| Citi Corp Credit Services | Unsecured | 2,041.08 | NA | NA | 0.00 | 0.00 |
| Citicorp Credit Services | Unsecured | 4,569.00 | NA | NA | 0.00 | 0.00 |
| CitiFinancial | Unsecured | 6,496.51 | NA | NA | 0.00 | 0.00 |
| Country Door | Unsecured | 495.29 | 543.51 | 543.51 | 199.78 | 0.00 |
| Department Of Education | Unsecured | 53,930.82 | 53,930.82 | 53,930.82 | 19,823.35 | 0.00 |
| Discover Bank | Unsecured | 11,260.05 | 11,260.05 | 11,260.05 | 4,138.86 | 0.00 |
| Discover Bank | Unsecured | 9,395.27 | 9,395.27 | 9,395.27 | 3,453.42 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Educational Credit Management Corp | Unsecured | 34,168.55 | 34,168.55 | 34,168.55 | 12,559.33 | 0.00 |
| Fifth Third Bank | Unsecured | 2,444.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 2,363.00 | NA | NA | 0.00 | 0.00 |
| Fleet Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ginny's | Unsecured | 1,384.28 | 1,419.74 | 1,419.74 | 521.85 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 3,988.91 | 3,988.91 | 3,988.91 | 1,466.20 | 0.00 |
| K Jordan | Unsecured | 244.47 | NA | NA | 0.00 | 0.00 |
| Keystone Recovery Partners LLC | Unsecured | 672.00 | 672.83 | 672.83 | 247.31 | 0.00 |
| Kohls / Chase | Unsecured | 1,887.00 | NA | NA | 0.00 | 0.00 |
| Kohls / Chase | Unsecured | 1,280.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 5,899.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 1,586.00 | NA | NA | 0.00 | 0.00 |
| Masseys | Unsecured | 446.97 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 7,467.09 | 7,467.09 | 7,467.09 | 2,744.68 | 0.00 |
| Midland Credit Management Inc | Unsecured | 9,802.00 | 8,176.38 | 8,176.38 | 3,005.39 | 0.00 |
| Midland Credit Management Inc | Unsecured | 3,960.97 | 3,960.97 | 3,960.97 | 1,455.93 | 0.00 |
| Midland Credit Management Inc | Unsecured | 8,309.42 | 8,309.42 | 8,309.42 | 3,054.29 | 0.00 |
| Midland Credit Management Inc | Unsecured | 3,171.00 | 3,461.57 | 3,461.57 | 1,272.37 | 0.00 |
| Midland Credit Management Inc | Unsecured | 8,176.38 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 1,556.99 | 1,556.99 | 1,556.99 | 572.30 | 0.00 |
| Midnight Velvet | Unsecured | 468.82 | 515.86 | 515.86 | 189.61 | 0.00 |
| Monroe & Main | Unsecured | 493.31 | 541.25 | 541.25 | 198.95 | 0.00 |
| Montgomery Ward | Unsecured | NA | 1,265.33 | 1,265.33 | 465.10 | 0.00 |
| My Cash Now | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| Navient Solutions Inc | Unsecured | NA | 3,972.44 | 3,972.44 | 1,460.15 | 0.00 |
| NCO Financial Systems | Unsecured | 8,725.77 | 8,725.77 | 8,725.77 | 3,207.33 | 0.00 |
| Nicor Gas | Unsecured | 1,704.74 | 1,704.74 | 1,704.74 | 626.61 | 0.00 |
| OneWest Bank FSB | Secured | 709,549.88 | 688,369.30 | 688,369.30 | 0.00 | 0.00 |
| OneWest Bank FSB | Secured | 709,549.88 | 11,549.88 | 11,549.88 | 11,549.88 | 0.00 |
| Oral Surgery Of Glen | Unsecured | 185.40 | 185.40 | 185.40 | 68.15 | 0.00 |
| Oxford Bank & Trust | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Payday Max.Com | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 398.00 | 398.91 | 398.91 | 146.63 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 9,655.81 | 9,655.81 | 3,549.19 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 23,284.00 | 13,594.14 | 13,594.14 | 4,996.80 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 6,140.36 | 1,135.06 | 1,135.06 | 417.21 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,070.05 | 3,070.05 | 3,070.05 | 1,128.46 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 4,284.60 | 4,284.60 | 4,284.60 | 1,574.89 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,974.94 | 3,760.94 | 3,760.94 | 1,382.41 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,499.00 | 2,917.44 | 2,917.44 | 1,072.36 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 3,404.00 | 3,187.40 | 3,187.40 | 1,171.59 | 0.00 |
| Real Time Resolutions | Unsecured | 5,551.50 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 6,314.00 | 6,314.98 | 6,314.98 | 2,321.20 | 0.00 |
| Resurgent Capital Services | Unsecured | 1,164.00 | 1,079.69 | 1,079.69 | 396.86 | 0.00 |
| Rnb Fields3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rshk/Cbsd | Unsecured | 7,209.00 | NA | NA | 0.00 | 0.00 |
| Sears | Unsecured | 7,834.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 1,108.53 | 1,138.92 | 1,138.92 | 418.63 | 0.00 |
| Skokie Emergency Services LLC | Unsecured | 1,443.83 | NA | NA | 0.00 | 0.00 |
| Sovereign Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Sure Cash Advance | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Swiss Colony | Unsecured | 546.42 | 546.42 | 546.42 | 200.85 | 0.00 |
| Target National Bank | Unsecured | NA | 3,171.00 | 3,171.00 | 1,165.56 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US Bank Home Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VIP Loan Shop | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Webbank-Fingerhut | Unsecured | 698.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | NA | 589.79 | 589.79 | 216.79 | 0.00 |
| Wells Fargo Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WFNNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/Express | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFS Financial | Unsecured | 589.79 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $688,369.30 | $0.00 | $0.00 |
| Mortgage Arrearage | $11,549.88 | $11,549.88 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$699,919.18** | **$11,549.88** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$277,583.40** | **$102,031.32** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,545.16 |
| Disbursements to Creditors | $113,581.20 |
| **TOTAL DISBURSEMENTS :** | **$122,126.36** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/12/2017                          By: /s/ Marilyn O. Marshall
                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**